**No. 57044.**—Keepnews Importers, Inc., and Intra-Mar Transport Corp. et al. v. United States, protests 157553–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the articles covered by protest 157553–K were held dutiable at 20 percent under paragraph 1547 (a), and the merchandise covered by protest 189073–K was held dutiable at 10 percent under said paragraph, as modified by T. D. 52476.